PREAKNESS HILL, INC. v. TOWNSHIP COUNCIL OF WAYNE
AND THE TOWNSHIP OF WAYNE.

October 13, 1988.

This matter having come before the Court on an appeal as of
right, *R.* 2:2–1(a)(2), and the Court having reviewed the record

and the arguments of the party, and the Court having determined that the disposition of this matter is controlled by the decision in *Committee for a Rickel Alternative v. City of Linden*, 111 *N.J.* 192 (1988), and good cause appearing;

It is ORDERED that the judgment of the Appellate Division is summarily reversed.

Jurisdiction is not retained. (See 221 *N.J.Super.* 175)